|          |                                                                 |
|----------|-----------------------------------------------------------------|
| **To:**  | The Honorable Max O. Cogburn, Jr.<br>U.S. District Court Judge  |
| **From:**| Valerie G. Debnam<br>United States Probation Officer            |
| **Subject:** | **Joye Strong**<br>Case Number: 3:11CR310- 001<br>**OUT-OF-COUNTRY TRAVEL** |
| **Date:**| 9/20/2016                                                       |



NORTH CAROLINA WESTERN
MEMORANDUM

---

Ms. Strong appeared before Your Honor on July 16, 2014, for the offense of Health Care Fraud in violation of 18:1347 on counts 1, 2, 3, 4, 5, 6, 7, 8 and Money Laundering in violation of 18:1957 on counts of 9 and 10. She was sentenced to five (5) years' probation on each of counts 1-10, to run concurrently. Ms. Strong's probation term began on July 16, 2014 in the Western District of North Carolina.

Ms. Strong has submitted a request to travel to Amber Cove Bay Maimon Puerto Plata, Dominican Republic, she will be on the cruise ship, Carnival Magic. The ship will also port in San Juan, Puerto Rico; St. Thomas, US Virgin Islands; and Grand Turk Island. Ms. Strong advised her travel plans are for a family vacation. Ms. Strong will leave October 7, 2016, and returning on October 15, 2016.

Ms. Strong has maintained a stable residence and employment since she has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Ms. Strong be allowed to travel to the Dominican Republic, as long as she remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: September 20, 2016

*Max O. Cogburn Jr*
United States District Judge