| | | |
|---|---|---|
| **To:** | The Honorable Max O. Cogburn, Jr.<br>U.S. District Court Judge | FILED<br>CHARLOTTE, NC |
| **From:** | Valerie G. Debnam<br>U.S. Probation Officer | SEP 25 2017 |
| **Subject:** | Joye Strong<br>Case Number: 0419 3:11CR00310-001<br>**OUT-OF-COUNTRY TRAVEL** | US District Court<br>Western District of NC<br>NORTH CAROLINA WESTERN<br>MEMORANDUM |
| **Date:** | 9/21/2017 | |

---

Ms. Strong appeared before Your Honor on July 16, 2014, for the offense of Health Care Fraud in violation of 18:1347 on counts 1, 2, 3, 4, 5, 6, 7, 8 and Money Laundering in violation of 18:1957 on counts of 9 and 10. She was sentenced to five (5) years probation on each of counts 1-10, to run concurrently. Ms. Strong probation term began on July 16, 2014, in the Western District of North Carolina.

Ms. Strong has submitted a request to travel to Grand Caymans, she will be on a cruise ship called Carnival Glory. The cruise ship will port in Georgetown Grand Caymans, Mahogany Bay, Roaton Bay, Belize, and Cozumel Mexico, which is in the US Virgin Islands and Mexico. Ms. Strong advised her travel plans are for family vacation. Ms. Strong will leave October 20, 2017, and returning on October 29, 2017.

Ms. Strong has maintained a stable residence and employment since she has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Ms. Strong be allowed to travel to the Virgin Islands, as long as she remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: September 21, 2017

*[signature]*
Max O. Cogburn Jr
United States District Judge