|         |                                      |
|---------|--------------------------------------|
| **To:** | The Honorable Max O. Cogburn, Jr.<br>U.S. District Court Judge |
| **From:** | Valerie Debnam<br>U.S. Probation Officer |
| **Subject:** | **Joye Strong**<br>Case Number: 0419 3:11CR00310- 001<br>**OUT-OF-COUNTRY TRAVEL** |
| **Date:** | 10/12/2018 |



NORTH CAROLINA WESTERN
MEMORANDUM

---

Ms. Strong appeared before Your Honor on July 16, 2014, for the offense of Health Care Fraud in violation of 18:1347 in counts 1, 2, 3, 4, 5, 6, 7, 8 and Money Laundering in violation of 18:1957 in counts of 9 and 10. She was sentenced to five (5) years' probation on each of counts 1-10, to run concurrently. Ms. Strong probation term began on July 16, 2014 in the Western District of North Carolina.

Ms. Strong has submitted a request to travel to Aruba, she will be on a cruise ship called Carnival Sunshine Cruise Ship. The cruise ship will leave from Florida and port in Aruba, Curacao, and Grand Turks Island. Ms. Strong advised her travel plans are for a family vacation. Ms. Strong will leave November 1, 2018 and returning on November 11, 2018.

Ms. Strong has maintained a stable residence and employment since she has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Ms. Strong be allowed to travel on the Sunshine Cruise Ship on the listed ports, as long as she remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: October 12, 2018

Max O. Cogburn Jr.
United States District Judge